DAVID E. MILLER (CA BAR #294-095)
david@sllawfirm.com
**SAEED & LITTLE, LLP**
1433 N. Meridian St., Ste 202
Indianapolis, IN 46202
Office:      (317) 721-9214
Facsimile:  (888) 422-3151

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE TYLER, a Michigan Citizen; and JOHN DEBAY, a Michigan Citizen, | Case No.: 2:14-CV-06436-R-RZ |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(i)** |
| NARCONON INTERNATIONAL, a California Corporation; ASSOCIATION OF BETTER LIVING AND EDUCATION INTERNATIONAL, a California Corporation; NARCONON FREEDOM CENTER d/b/a NARCONON FREEDOM TREATMENT CENTER, a Michigan Corporation; & DOES 1-100; ROE CORPORATIONS I-X, inclusive, | **HON. JUDGE MANUEL L. REAL** |
| Defendants. | **HEARING: DECEMBER 1, 2014 TIME: 10:00 A.M.** |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on December 1, 2014, at 10:00 a.m., or soon

thereafter as the matter may be heard, in the Courtroom of the Honorable Manuel

NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 41(a)(1)(A)(i)

L. Real, located at the United States District Courthouse, 312 North Spring Street, Los Angeles, California 90012-4701, Plaintiff Candice Tyler and Plaintiff John Debay (hereinafter "Plaintiffs") will and hereby do move to dismiss their claims without prejudice against Defendants Narconon International (hereinafter "NI"), Association for Better Living and Education International's (hereinafter "ABLE"), and Narconon Freedom Center d/b/a Narconon Freedom Treatment Center (hereinafter "Freedom Center").

DATED: November 10, 2014

Respectfully submitted,

/s/David E. Miller
David E. Miller
SAEED & LITTLE LLP
1433 N. Meridian Street
Indianapolis, IN 46202
(317) 371-5535
david@sllawfirm.com
CA Bar No.: 294-095

NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 41(a)(1)(A)(i)

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now the Plaintiffs, Candice Tyler and John Debay, by counsel, Saeed & Little LLP, and moves to dismiss without prejudice under F.R.CIV.P. 41(a)(1)(A)(i) for the above captioned matter.  In support of said Motion, Plaintiffs would state the following:

1.  This matter is set for hearing on December 1, 2014.

2.  Plaintiffs have the absolute right to unilaterally dismiss the action through a notice of dismissal under Rule 41(a)(1)(A)(i) at any time before either an answer or a motion for summary judgment has been served by defendant.

3.  Other responses by the defendant, such as removal of the action or moving to dismiss, do not cut off the plaintiff's right to dismiss by notice. *In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 165-166 (3d Cir. 2008).

4.  Plaintiffs intend to refile this action in Michigan as there is no diversity jurisdiction.  Counsel for Defendant Freedom Center has been notified and will agree with Plaintiffs' counsel as to where appropriate jurisdiction is located.

NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 41(a)(1)(A)(i)

Respectfully submitted,

/s/David E. Miller
David E. Miller, CA Bar No.: 294-095
**SAEED & LITTLE LLP**
1433 N. Meridian Street
Indianapolis, IN 46202
(317) 371-5535
david@sllawfirm.com

## **CERTIFICATE OF SERVICE**

I, hereby certify that on November 10, 2014 that the foregoing document was submitted electronically via the court's Electronic Filing System (CM/ECF), which will send notice of the filing to the following:

Alan Kellman
akellman@jaquesadmiralty.com
645 Griswold Street, Suite 1370
Detroit, MI 48226

William H. Forman
wforman@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025

/s/ David E. Miller
David E. Miller

NOTICE OF MOTION AND MOTION TO DISMISS UNDER FRCP 41(a)(1)(A)(i)